**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

**E-FILED**
Friday, 08 January, 2016 04:22:36 PM
Clerk, U.S. District Court, ILCD

**FILED**

State of Illinois, ex rel; Stephen P. Wallace,
PRIVATE ATTORNEY GENERAL; and all Illinois
Taxpayers similarly situated,
    RICO Pro Se CLASS ACTION Plaintiffs,

JAN 07 2016

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**Case No.**

vs.

$16-3006$

**[JURY & GRAND JURY DEMAND]**

Carolyn Taft Grosboll, ultra vires;
State of Oklahoma, ex rel; Stanley Glanz,
Defendants 1-10 already of RECORD, and
John Doe in Governor's Office not yet known,
    RICO CLASS ACTION Defendants.

## CLASS ACTION COMPLAINT FOR RELIEF OF RICO & CIVIL RIGHTS VIOLATIONS PERPETRATED UNDER COLOR OF LAW, INVOKING EXTRAORDINARY CIRCUMSTANCES, COMPELLING CENTRAL DISTRICT GRAND JURY INVESTIGATION CONCURRENTLY, PURSUANT TO [TITLE 18, USC; SECTION 3332(a)]

### BACKGROUND

Class Action Plaintiffs originally filed their CLASS ACTION in Kane County, Illinois, on the 13th of July, 2015, in [*Case #: 15 L 316*], against State of Oklahoma, ex rel; Stanley Glanz, et al; where all Defendants confessed jurisdiction & venue. However, in the alleged re-emergence of the infamous Chicago [OPERATION GREYLORD] type covert collusion of Judge Murphy's clear violation of his Duty & Oath of Office by ignoring the Capital Crimes of "attempted Murder & Abduction of Plaintiff", supported by a filed "*Emergency Demand for Intervention*" by Illinois Rep. Linda Chapa LaVia for Wallace's Protection of his Person, and NOTICE to the Court of USPS Felony Fraud on the Court, did "illegally Dismiss" All Defendants "*With Prejudice*". (enclosed)

Plaintiffs then attempted (3) times to expeditiously File their "WRIT of PROHIBITION" with the Illinois Supreme Court, wherein Clerk, Carolyn Taft Grosboll, allegedly colluded with said KLAN of Actors, to covertly deprive Plaintiffs their Due Process Rights, under Color of her Office, that supports Plaintiffs' *RICO ULTRA VIRES* Counts as Lead Co-Plaintiff in this Central District.

### JURISDICTION & VENUE

Jurisdiction & Venue are proper as ALL DEFENDANTS covertly colluded/conspired with Grosboll to "*quash the WRIT (3 times) from being proffered before the Illinois Supreme Court*."

1 Victims, State of Illinois, and all Illinois Taxpayers similarly situated, are proper Parties;

2 Victim, Stephen P. Wallace, Private Attorney General, is a proper Party;

3 Lead Co-Defendant, Grosboll, perpetrated the Class Action RICO & Civil Rights Violations in this Central District;

4 Defendants 1-10 already of RECORD, are "rogue OK State Actors & their HANDLERS", whom continue to perpetrate their "interstate compounding of Felonies & Capital Crimes of Record" to forever quash any Accounting of their [$40+ million] criminal conversion/embezzlement.

5 John Doe, not yet known in the Governor's Office, who "sanitized/destroyed Original Court Records" to Gov. Rauner, criminally violating [*CLASS 4 FELONY (720 ILCS 5/32-8)*]. (enclosed)

## CHRONOLOGICAL FACTS IN SUPPORT

6 That for over (15) years, Defendants (usurpers/interlopers), Trust Company of Oklahoma & Ronald Saffa, aka Legal KLAN Handlers, defied Named/Vested Wallace's Duty to secure the Forensic Audit for his [$40+ million Estate] by the Dana F. Cole & Co., @ his sole expense, and "*Appointment of Receiver Pendente Lite*" by the Northern Trust Company. (enclosures)

7 That Co-Lead Predicate Actors, Ronald Saffa, with Trust Company of Oklahoma President, Thomas Wilkins, confirm in their own 2011 "sham financial statements", that Wallace has never received "a penny" from his Irrevocable Trust Estate, after his father passed in 1990, and mother in 2003. (enclosed)

8 That the Illinois Supreme Court WRIT affirmed "*beyond a reasonable doubt*" the "criminal Findings of Fact & Conclusions of Law", which Illinois & Oklahoma "rogue State Actors" then covertly engaged Lead Defendant, Grosboll, to "refuse Filing ad infinitum", which RICO requires (2) or more Acts, which Grosboll perpetrated (3) on October 8th; 19th & 22nd. (enclosed)

9 That Grosboll had "actual knowledge" after she was given "judicial notice" in the WRIT of Co-Defendant, Sheriff Stanley Glanz' Indictment/Conviction by the GRAND JURY, yet after taking the alleged "unreported bribe", was already committed to the KLAN, signature [MO] of the infamous Chicago ["Operation Greylord"],with Grosboll also utilizing the US Postal System in the scam between Springfield & Aurora. (enclosed)

10 That the Original File-Stamped Documents forwarded to Gov. Rauner in Springfield, were also intentionally "sanitized/destroyed" aka criminal Spoliation of Evidence by John Doe.

## COUNT I – RICO

11 That Defendants acted in "outrageous conduct & disregard for human life @ Risk", in covert collusion, utilizing Illinois State Taxpayers [FF&E] & gorging on Wallace's Irrevocable 1974 Trust Estate, never reporting their "undisclosed Funds" to the State Tax Commission & Federal IRS;

## COUNT II – CIVIL RIGHTS (Civil & Criminal)

12 That Plaintiffs "adopt & re-allege" all United States Code "CIVIL RIGHTS" violations that are contained in Plaintiffs ["July 13, 2015"] CLASS ACTION COMPLAINT in Kane County of Record;

13 That Plaintiffs allege "Criminal Violations" pursuant to [*Title 18, USC; Sections 241 & 242*];

## EMERGENCY REMEDY SOUGHT UNDER EXTRAORDINARY CIRCUMSTANCES

Interloper/Usurper Lead Predicate Actors [KLAN Handlers], Trust Company of Oklahoma and Ronald Saffa will "deplete the entire $40+ million Estate as their ["Sham Legal Defense Fund]"] to "prohibit; delay & circumvent the Court", *imposing more Fraud & Collusion, under color of law,* wherefore Plaintiffs seek the Court's STAY of the instant CASE, proceeding as follows:

a) Referral of CASE to the "sitting GRAND JURY" convened for US Rep. Schock; (enclosed)

b) Appointment of Northern Trust Company as "Receiver Pendente Lite"; for all Assets;

c) ORDER and Appointment of Dana F. Cole & Co., to commence the Forensic Audit @ Wallace's sole expense, with "zero cost to benefit to the State & US Government", for REPARATIONS due (penalty compounded) with Criminal Contempt Provisions;

d) ORDER a "Preliminary Injunction" from anyone attempting to threaten; intimidate; abduct or harm Wallace as the Key Witness to these Crimes, under color of Law.

e) Copy the USDOJ IG Horowitz & US Senator Mark Kirk with "All Findings". (enclosed)

Respectfully submitted,

cc: US Senator Mark Kirk
USDOJ IG Horowitz
Gov. Bruce Rauner
Northern Trust Co.
Dana F. Cole & Co.

Stephen P. Wallace
PRIVATE ATTORNEY GENERAL
1116 Sheffer Road   Apt. F
Aurora, Illinois 60505
(331) 444-3988

Via USPS EXPRESS
# EK 972831855 US

## VERIFICATION

I swear/affirm the foregoing is true & correct under penalty of perjury.

State of  Illinois

County of  Cook

"OFFICIAL SEAL"
ZORICA ZDRAVKOVIC
Notary Public - State of Illinois
My Commission Expires December 02, 2019

Stephen P. Wallace appeared before me this  6th  day of January, 2016, and signed this Verification.

Notary Public



# Office of the Kane County Circuit Court Clerk
## Thomas M. Hartwell, Clerk
540 S. Randall Rd.
St. Charles, IL 60174

| Case Number: 2015-L-000316 | Receipt Number:   82010816 |
|---|---|

| Plaintiff | Defendant | |
|---|---|---|
| IL STATE OF<br>1116 SHEFFER RD APT F<br>AURORA, IL 60505 | OKLAHOMA STATE OF<br>ATTN SECRETARY OF STATE<br>2300 N LINCOLN BLVD #101<br>OKLAHOMA CITY, OK 73105 | |

| Agency: | Ticket: |
|---|---|

| Item | Fee | Category | Payor |
|---|---|---|---|
| 001 | 282.00 | L - CLASS ACTION SUIT | 1001 IL STATE OF |
| Total | 282.00 | | |

| Account | Charge | Paid | Payment | Balance |
|---|---|---|---|---|
| CLERK FEE | | | 160.00 | |
| COURT SYSTEM | | | 5.00 | |
| ARBITRATION FEE | | | 8.00 | |
| LAW LIBRARY FEE | | | 19.00 | |
| AUTOMATION | | | 15.00 | |
| CHILDRENS WAITING ROOM | | | 5.00 | |
| COURT SECURITY | | | 25.00 | |
| DOCUMENT STORAGE | | | 15.00 | |
| CENSUS POP INCR RES#11-27 | | | 30.00 | |
| Total | | | 282.00 | |
| Bond Used | | | | |
| Cash | | | | 300.00 |
| Total Tendered | | | | 300.00 |
| Change Due | | | | 18.00 |
| Balance Due | | | | .00 |

By: _____
Deputy Clerk:    AMB AMB

Batch 07-131-004 Date 07/13/2015 Time 14:49:26

# IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL DISTRICT
## KANE COUNTY, ILLINOIS

**STATE of ILLINOIS, ex rel; STEPHEN P. WALLACE,  and**
**STEPHEN P. WALLACE, individually,**
          **Plaintiffs,**

v.            **CASE NO.**     **'15 L  3 1 6**

**[JURY TRIAL DEMANDED]**

**STATE of OKLAHOMA, ex rel; STANLEY GLANZ,**
**Individually and in his Official Capacity;**
**MARY ROMA JAGE, individually;  and**
**JOHN DOES 1-10 not yet named,**
          **Defendants.**

*JAMES MURPHY*

### COMPLAINT

**Plaintiffs hereby allege the following causes of action:**

## INTRODUCTION

Defendants, et al., acted in covert collusion to terminate Plaintiff Wallace's Life in Kane and DuPage Counties, to criminally convert Wallace's "vested interests" in the Irrevocable 1974 Spendthrift Trusts containing assets exceeding [$40 million], which Stanley Glanz, as Sheriff of Tulsa County, State of Oklahoma, has accepted and exercised his *perceived Immunity*, to be Defendants, et al., *Enforcer/Assassin,* under covert control of his **OK KLAN HANDLERS**.

1 That Defendants, et al., Predicate Acts are in violation of Wallace's Federal Constitutional and Civil Rights, and the Illinois Constitution.

2 That the **State of Illinois** is covertly victimized by Defendants, et al., by having to forever bear the unnecessary burden of Wallace's Life Care; Food Stamps; Illinois Department of Commerce LHAP; and Medicaid when Wallace's Irrevocable Trust assets would allow him to continue developing Illinois Realty projects as he did in the $18 million Redevelopment of Chicago's former BURNHAM YMCA, into the BURNHAM PARK PLAZA CONDOS, and procured the WALMART MASTER PLAN Development @ the SW corner of RT. 53 & Butterfield Rd. in Glen Ellyn, creating substantial tax revenues. (enclosed)

3 That Wallace has contacted Illinois AG Madigan's Office to request Intervention and to convene a GRAND JURY after said Predicate Acts perpetrated across the Illinois State Line are confirmed, as there is already a USDOJ Criminal Investigation pending in the District of Columbia, supporting similar Remedy secured in [**SC JOHNSON v. BUSKE, et al.,**] (enclosed)

BY ORDER OF COURT THIS CASE IS HEREBY SET FOR CASE MANAGEMENT CONFERENCE BEFORE THE INTERVENTION AND TO convene on _____ AT _____ A.M. P.M. FAILURE TO APPEAR MAY RESULT IN THE DEFAULT BEING ENTERED.

## JURISDICTION and VENUE

4 That this Court has jurisdiction in these matters having the most recent criminal Predicate Act perpetrated in Kane County @ the Aurora Library on **August 2, 2013**.

5 Venue is with this Court as Wallace has resided in Kane County since **July 14, 2013**, and Defendants entered Kane County to covertly conduct their Criminal Enterprise Objectives.

6 This Court has concurrent jurisdiction over the subject matter of Plaintiffs' federal law claims for deprivation of rights secured by the Constitution of the United States pursuant to [*Title 42, USC; Section 1983*] and [*Title 42, USC; Section 1985*], whereas the **USDOJ Claims** are pursuant to [*Title 18, USC; Sections 241 & 242*].

7 That Defendant, Mary Roma Jage, originally an ALLY & Sister of Wallace, did relentlessly asserted her Claims against the *Interstate Enterprise Lead Predicate Actors* in the Northern Illinois USDC in [*Case #:06-cv-04446*], and again in [*Case #:08-cv-05647*]. (enclosed)

8 That Defendant, Mary Roma Jage, has a torrid criminal past in DuPage County RECORDS, commencing with her arrest for *Shoplifting @ the Oakbrook Nordstrom's; multiple arrests in Oakbrook for Domestic Assault & Battery; and Multiple Arrests/Incarceration for Direct Contempt of Court.*

## PARTIES

9 Plaintiff Wallace is a resident of Aurora in Kane County, IL., and the State of Illinois is a municipal body with its principality & Attorney General located in Springfield, Illinois.

10 Defendant Stanley Glanz, is Sheriff of Tulsa County, State of Oklahoma, whose ultra vires Acts have entrapped the State and the "rogue State Actors/Agencies" into substantial Civil and Criminal Liabilities.

11 Defendant, Mary Roma Jage, has been a resident of Naperville for over (10 years), and was Landlord over Wallace's initial domicile in 2012 until July 13, 2013.

12 John Does 1-10, have colluded for covert "*Bribes & Kickbacks*" from *OK KLAN HANDLERS*.

## CHRONOLOGICAL FACTUAL BACKGROUND

13 That Lead Predicate Actors, *Ronald J. Saffa* & the *Trust Company of Oklahoma Officers*, aka *OK KLAN HANDLERS,* were *Terminated for Cause* from any Involvement of the Wallace Family Estate on **March 13, 2000**. (enclosed)

14 That since Wallace's father had passed away in July, 1990, Wallace's mother, Lorice, did then secure the Acceptance & Appointment of **Bank of America PRIVATE BANK** as the Co-Successor Trustee on **June 2, 2000**. (enclosed)

15 That Trust Company of Oklahoma ("TCO") and Saffa, refused Bank of America's DEMAND for the "mandatory Trust Audit" before taking possession, fearing that their covert criminal conversions would be "certified in the Audit", DEFIED their Termination and commenced a barrage of "sham Litigation in the probate court" where their former law partner probate judge was "assigned to All Wallace Family Trust CASES".

16 That Tulsa County Probate Court has long been a "covert conversion conduit", confirmed by the **Indictment** of the former Probate Court Chief Judge, **James Hogue**. (enclosed)

17 That since Predicate Actors, TCO & Saffa, had criminal Adverse Possession/Dominion over the entire Estate, No Distributions were made to Lorice, Jage nor Wallace, to assure "*No Access to their Funds to Retain Competent Counsel*".

18 That Lorice died in May, 2003, from Congestive Heart Failure, which the Mayo Clinic in Scottsdale, AZ., Head Neurologist Dr. Stevens, deduced was from Actors secretly overdosing Lorice on *DEPAKOTE*, induced by Saffa's brother's, *SAFFA COMPOUNDING PHARMACY.*

19 That Wallace attempted to secure the Irrevocable Insurance Benefit Funds thereafter by seeking an Interpleader in Lincoln Life's Fort Wayne, IN., USDC. (enclosed)

20 That the OK KLAN HANDLERS utilized Wallace Family Trust Funds to "quash & remove" the Funds to Oklahoma where Tulsa County Sheriff, Stan Glanz, et al., "breached the Court ORDER as RECEIVER to DEPOSIT said Funds in the Tulsa County General Fund", instead the OK KLAN c/o Sheriff Glanz "embezzled the *[$333,333.33]* FUNDS to Date".

21 That Wallace, as the Named/Vested Successor Trustee of all the 1974 Irrevocable Trust Indentures, engaged the prominent forensic Auditor, *Dana F. Cole & Company*, to conduct a Forensic Audit, yet the "interloper/usurper Actors" again DEFIED Demands. (enclosed)

22 That Wallace relentlessly upheld his DUTY as the Successor Trustee, seeking Redress and Justice for his Family, and most important his downs syndrome sister, **Lisa**, whom Actors did "wrongfully incarcerate" as a Ward of the State to embezzle her Irrevocable Trust Estate, to inflict emotional psychological/physiological duress, aka *Failure To Thrive*, to expedite her Death, forever concealing another Wallace Family member's Holocaust demise. (see Photo)

23 That finally, in February, 2009, Wallace secured the attention of then OK AG Edmondson, to commence a "*Multi-County Grand Jury*". (enclosed)

24 That when Actors received Notice of the pending Multi-County Grand Jury convening and Wallace's irrefutable "competent Fact Testimony & Authenticated Evidence", TCO & Saffa had Sheriff Glanz "wrongfully arrest Wallace without a warrant; then had their former law partner probate judge wrongfully incarcerate Wallace and Sheriff Stan Glanz attempted to murder Wallace" on the morning of his Release ordered by the Tulsa County Commissioners after being served with a Taxpayer Qui Tam PETITION.

25 That Wallace left the State and sought to continue his valiant quest to find a Venue that would impartially adjudicate his CLAIMS, but it was not until Mary Roma Jage was attracted to become a COVERT ACCOMPLICE to the OK KLAN HANDLERS, for "*secret distributions*" to her based on her ability to "forever destroy Wallace's Claims", even providing her 1st Notice to Actors of Wallace's **January 30, 2013**, Total Hip Surgery @ Naperville's EDWARD Hospital, where an imposter male nurse provided with a death serum from the Saffa Pharmacy, did inject into Wallace's [IV] in his Recovery hospital room, causing the [*CODE BLUE*] of Record.

26 That Jage then wrongfully evicted Wallace without cause and without returning his rent on *July 14, 2013*, to inflict duress and covertly insatiate Saffa on his **July 14, 2013** birthday.

27 That Jage knew of Wallace's new domicile address through her constant spying and her threats, thus on *August 2, 2013*, her *JUDAS FUNDS* provided Sheriff Glanz his routine @ the Aurora Library, wherein he deflected his plain-clothed Deputy's assault & abduction.

## STATEMENT OF CLAIMS

## COUNT I. SHAM MALICIOUS PROSECUTION & COLLUSION (42 USC; Section 1983)

28 That Plaintiff has a right against unreasonable seizures & collusion under the Fourth
Amendment of the US Constitution and under the Illinois Constitution.

29 Plaintiff has been outrageously inflicted with emotional duress; unconscionable loss of
enjoyment with Family; massive financial Fraud; Identity Theft; humiliation/embarrassment
and seeks punitive tort money damages in excess of **$30,000,000**.

## COUNT II. CONSPIRACY TO COMMIT MALICIOUS PROSECUTION (42 USC; Section 1985)

29 That @ all material times, Defendant Actors-in-Collusion were acting *'under color of law'*
While committing "inter-state crimes" via wire, phone & internet, causing "severe mental &
emotional duress; financial destitution" resulting in covert FRAUD on the State of Illinois, for
which DEFENDANTS' are "jointly and severally Liable for all pecuniary losses", included but
not limited to future legal and medical expenses incurred under to [42 USC; Section 1988(c)]
and compensatory money damages in the amount in excess of **$30,000,000**.

## COUNT III. COMMON LAW MALICIOUS PROSECUTION-ASSAULT & ATTEMPTED MURDER

30 That Sheriff Glanz' Deputy attempted to "assault, abduct & terminate Wallace's Life @
the Aurora Library on *August 2, 2013*, @ the DIRECTIVE of Sheriff Glanz and his **OK KLAN
HANDLERS,** even enlisting unknowing Aurora Police and Aurora Detectives @ the scene to
covertly authenticate his Interstate crime, under color of Law, inflicting emotional & mental
duress; humiliation & embarrassment; pain & suffering; inconvenience; loss of enjoyment of
life, pursuit of happiness and for money tort damages in excess of **$30,000,000**.

## COUNT IV. UNLAWFUL CUSTOM OR PRACTICE (42 USC Section 1983)

31 That Sheriff Glanz and his *OK KLAN HANDLERS* came across State Lines, and covertly
failed to utilize "standard operating procedure & dress code" while criminally conspiring to
"abduct & murder Wallace to forever quash their criminal Interstate RICO Acts, under color
of Law, maliciously causing outrageous mental & emotional duress,; physical pain (FEAR) &
suffering; loss of enjoyment of life; inconvenience; humiliation & embarrassment; pursuit of
happiness", and for punitive tort damages in excess of **$30,000,000**.

## COUNT V. STATE OF OKLAHOMA'S INTENTIONAL/COLLUSIVE FAILURE TO SUPERVISE

32 That DISCOVERY will confirm that the *OK KLAN HANDLERS* covertly engaged the willing
Oklahoma "Rogue State Actors/Agencies" of Record to collude & convert Wallace's Estate,
causing irreparable harm to the large **Realty** tracts (**20**) and extensive **Oil & Gas Reserves**
lying thereunder, forever loosing **REALTY/OIL & GAS DEVELOPMENT OPPORTUNITY** for
punitive money tort damages in excess of **$100,000,000**.

## COUNT VI. MARY ROMA JAGE'S COLLUSION/CO-CONSPIRACY TO COMMIT MURDER

33 That only Mary Roma Jage, as Wallace's Landlord, knew of the EDWARD surgery and Wallace's relocation to Aurora, conspiring to sacrifice her Brother's LIFE for **FAVOR** & **JUDAS FUNDS** from the OK KLAN HANDLERS, coordinating every move of Wallace and disclosing his legal strategy plans as though Jage was on-board as a ready, willing and able Co-Movant, then turning on Wallace to evict him into the street without Notice and without Funds to survive, inflicting outrageous emotional and mental duress; physical pain & suffering; loss of enjoyment of Life; humiliation & embarrassment, which punitive tort money damages are in excess of **$10,000,000**.

## COUNT VII. OUTRAGEOUS, MALICIOUS & INTENTIONAL ALIENATION OF AFFECTION

34 That on **July 14, 2013**, Jage, having received multiple Fed Ex Packages from Actors, made "false claims to Wallace's nephew & God son, *Michael*, that Wallace had stolen his mother's diamond watch", wherein she alleged she filed a REPORT with Naperville Police, and that suddenly the watch reappeared, and ONLY WALLACE had Access and that the Jage Family was compelled to EVICT WALLACE that day, which emaciated Wallace's "unique BOND" with his God Son, which Actors orchestrated the 'complete annihilation of all of Wallace's Family Members" on that day to PRESENT, which outrageous emotional, mental, psychological and physical duress caused irreparable harm warranting money tort damages in excess of $10,000,000. (see Photo of Michael & Wallace)

## COUNT VII. MARY ROMA JAGE'S COLLUSION WITH ACTORS FOR CRIMINAL FELONY THEFT

35 That Jage's original proffered criminal shoplifting elevate to her stealing her mother's Cadillac Seville and bringing it back across State Lines; Stole Wallace's bequeathed "GREEN DIAMOND" from his mother valued in excess of *$70,000*; Stole Wallace's pistols bequeathed by his father's WW II service as the [US Army Captain-in-Charge of G-2 Intelligence] for the entire European Theatre; and continues to try and make contact for Actors, including an unannounced ringing of all Tenant's doorbells in Wallace's apartment house, wherein she was asked to leave, warranting Felonious Theft for Actual & Punitive Tort damages in excess of **$1,000,000.**

Wherefore all premises considered as true, signed under penalty of perjury, Wallace also proffers the **DC USDOJ** Evidence for the current Criminal Investigation and Sheriff Stanley Glanz' current *OK GRAND JURY*-in-Progress. (enclosures)

cc: AG Madigan & US Senator Kirk

Respectfully submitted,

Stephen P. Wallace, Pro se
1116 Sheffer Road Apt. F
Aurora, Illinois 60505

## IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL DISTRICT
## KANE COUNTY, ILLINOIS

STATE OF ILLINOIS, ex rel.,
STEPHEN P. WALLACE, et al.,
Plaintiffs,
  vs.             Case No. 2015-L-316
STATE OF OKLAHOMA, ex rel.,    Judge Murphy
STANLEY GLANZ, et al.,
Defendants.

## LIMITED ENTRY OF APPEARANCE BY STATE OF ILLINOIS AND EMERGENCY MOTION FOR PROTECTIVE ORDER WITH BRIEF IN SUPPORT

Comes now, Illinois State Representative, Linda Chapa LaVia, under a Limited Appearance, moving the Court for Extraordinary Relief for a constituent, Stephen Wallace, alleging:

1 That Mr. Wallace was compelled to file the instant Case for alleged interstate civil and criminal assaults perpetrated upon his Person & Property by the Oklahoma State Actors of Record, commencing in Kane County on *August 2, 2013*, @ the Aurora Library;
2 That the COMPLAINT has now involved alleged "altering court records", which has been identified as a [*CLASS 4 FELONY (720 ILCS 5/32-8*], prompting a US Postal Complaint;
3 That constituent, Stephen Wallace, is allegedly again being "stalked for abduction" by Actor's agents whom jeopardize his Person during his bus transits and @ his residence.

Wherefore, the State and the Court, after judicial notice and actual knowledge, have a Duty to protect its constituents from past and present harm by issuing a Protective Order on an Emergency Basis.

Respectfully submitted,

State Representative Linda Chapa LaVia
8 E. Galena  Suite 240
Aurora, Illinois  60506
(630) 264-6855

### Certificate of Service
I certify that an original file-stamped copy was delivered to:
States Attorney Joseph McMahon

Linda Chapa LaVia

Gmail - In Response To Your Mail Fraud Report C#1761750          https://mail.google.com/mail/u/0/?ui=2&ik=00384f0746&view=pt&



Stephen Wallace <spaul.wallace@gmail.com>

## In Response To Your Mail Fraud Report C#1761750
1 message

**CISCFCSExternal@uspis.gov** <CISCFCSExternal@uspis.gov>          Fri, Sep 4, 2015 at 12:09 PM
To: spaul.wallace@gmail.com

Thank you for contacting the U.S. Postal Inspection Service. The information you provided has been entered
into our national Fraud Complaint System. Your reference number is C#1761750. If we need more
information, you will be contacted directly. Please hold on to any original documents related to your complaint.
Please note that Postal Inspectors do not have the authority to ensure that your losses are refunded.
We may share the information you provided with other agencies when there is a possible violation within their
jurisdiction.
In the future, if you have complaints about mail fraud or mail theft, you can visit our website,
http://postalinspectors.uspis.gov, to file a complaint online.

United States Postal Inspection Service

This is a system-generated email message. Please do not reply to this message.

## ILLINOIS SUPREME COURT

RECEIVED

OCT 5 - 2015

CLERK
SUPREME COURT

CASE NO. _____

STATE OF ILLINOIS, ex rel; STEPHEN P. WALLACE, ET AL.
**Appellants**
vs.
JUDGE JAMES R. MURPHY, CIRCUIT COURT OF KANE COUNTY
**Appellee**
[A CLASS ACTION]   NO. 15 L 316

### REAL PARTIES-IN-INTEREST
TULSA COUNTY SHERIFF STANLEY GLANZ, AND HIS "*KLAN HANDLERS*",
TRUST COMPANY OF OKLAHOMA, RONALD J. SAFFA, AND
THE OKLAHOMA "ROGUE STATE ACTORS-IN-COLLUSION" PERPETRATING
INTERSTATE EMBEZZLEMENT & ABDUCTION FOR CAPITAL MURDER

AMENDED   MOTION FOR LEAVE OF COURT TO FILE
EXTRAORINARY WRITS OF PROHIBITION/MANDEMUS AND FOR THE EN BANC
COURT TO ASSUME ORIGINAL JURISDICTION OF VOID ABINITIO ORDERS AND
DISQUALIFICATION OF JUDGE JAMES R. MURPHY

BRIEF-IN-SUPPORT

Stephen P. Wallace
1116 Sheffer Road  Apt. F
Aurora, Illinois 60505
(331) 444-3988

October 14, 2015
September 30, 2015

## IRREFUTABLE FACTS OF RECORD

1 That on August 2, 2013, Tulsa County Sheriff, Stanley Glanz, currently under a "criminal GRAND JURY Investigation", (google) by and through his "plain clothes Deputy", did attempt to "forcibly kidnap/abduct & terminate" Co-Appellant, Wallace @ the Aurora Library, thus Jurisdiction & Venue are proper. (see Detail Evidence in attached Original COMPLAINT and related USDOJ Criminal Case Investigation)

2 That Stanley Glanz originally attempted to murder Wallace, on behalf of his KLAN HANDLERS, on or about June 17, 2009, while "wrongfully incarcerated" in Glanz' County Jail, to preempt & thwart Wallace's RELEASE that was Ordered by Co-Defendants, Tulsa County Commissioners, KAREN KEITH and JOHN SMALIGO, after being served with a Taxpayer Qui Tam Petition.

3 That Appellants allege that Appellee & the Real Parties-in-Interest, have "embezzled and have converted" the Wallace's $40+ million Estate, utilized as their 'Criminal Defense Fund", and are allegedly "channeling undisclosed Funds" to Appellant, similar to the MO Pattern in Chicago's infamous "OPERATION GREYLORD", urgently procuring "*Dismissals With Prejudice*", sua sponte, when "*none of the Defendants' counsel*" have moved the Court for same.

4 That with "specificity & particularity", Glanz counsel, Thomas Underwood, is currently under US Postal FRAUD Investigation as a *[CLASS 4 FELONY (720 ILCS 5/32-8)].* (enclosures)

5 That Co-Appellant Wallace filed his multiple Objections as EMERGENCY MOTIONS TO STRIKE, for the "sham process" being perpetrated on top of the USPS Fraud, yet Appellee allegedly complicit in the "compounding of felonies", surged ahead to earn his undisclosed Funds.

6 That Defendant's counsel filed the "Motion To Dismiss Plaintiff's First Amended/Supplement COMPLAINT", never having Filed an Entry of Appearance for the "10 John Does" exclusively Named therein, yet Appellee Murphy Granted a different MOTION, "not before the Court", then Dismissed the Defendant WITH PREJUDICE, without Defendant requesting same, then violated Appellants' Due Process Rights by ordering Filing Restrictions, which the Real Parties-in-Interest "covertly authored", to Deny Appellants "equal access to the courts", criminally violating *[Title 18, USC; Sections 241 & 242; Conspiracy Against Rights & Deprivation of Rights Under Color of Law].* (enclosures)

7 That on *September 21, 2015*, Appellants filed their NOTICE of INTENT TO FILE WRIT their WRIT of MANDEMUS/PROHIBITION, yet Appellee Granted new counsel, Drendal & Janson's Motion To Dismiss, again "With Prejudice", without counsel seeking same in their Motion, thus Murphy allegedly has "been retained" by Real Parties-in-Interest, causing "irreparable harm on the Integrity of Illinois Courts and Appellants, under color of Law". (enclosures)

8 That on *October 1ˢᵗ, 2015*, Judge Murphy **DISMISSED "All Oklahoma Rogue State Actors",** **With Prejudice,** when Defendants never "moved the court for same", whom *Necessary Parties* were covertly conspiring with Sheriff Glanz' "capital crimes of abduction & murder" of Wallace, to forever quash their Accountability of "receiving undisclosed financial benefit" of Wallace's Estate, "with Glanz' Indictment by Tulsa Grand Jury on *October 1, 2015*". (enclosed)

9 That Judge Murphy then TERMINATED the CASE; Enjoined Wallace from 'access to the court' violating [*Title 18, USC; Section 242*], '*Deprivation of (Due Process) Rights Under Color of Law*' while Co-Defendants, Trust Company of Oklahoma & Ronald Saffa, *were in **DEFAULT** for failing to timely RESPOND to their Summons, whom are the "**KLAN HANDLERS**"* whom have converted Wallace's Irrevocable Estate Funds as their Criminal Defense Fund, *never distributing [1 Penny] to Wallace*, only to Co-Defendants and allegedly to Murphy. [*Operation Greylord 2*]  (enclosed)

10 That Appellant's allege that James Murphy has now become an **"Illinois Rogue State Actor, under color of Law",** perpetrating *covert* RICO type Acts on behalf of the KLAN Handlers and is utilizing his **"perceived immunity"** to covertly enhance himself financially, thus perpetrating a "**Direct Conflict of Interest and a Breach of his Duty & Oath of Office to the State of Illinois**".

*\*Wherefore, all premises are irrefutably true & correct, compelling the Illinois Supreme Court, in an Abundance of Caution and For Good Cause Shown, **to Issue the WRITS of Prohibition and Mandemus upon Appellee Murphy; Assume Original Jurisdiction; Vacate All ORDERS to Date; Enjoin Murphy from any further Case Proceedings; Disqualifying Murphy, and ORDER the Forensic Audit paid for by Wallace, @ "zero cost to benefit for the State", from Wallace's [March 20, 2012] SAFFA Letter EXHIBIT in (Item # 9 above), containing [$347,000+].***

*NOTICE: This WRIT has been filed with the ILLINOIS JUDICIAL INQUIRY BOARD, et al., and requests that Court Clerk GROSBOLL correct the RECLASSIFICATION ["Re: Stephen P. Wallace v. Hon. James J.MURPHY..."], to the Actual CASE Filing of RECORD [State of Illinois, ex rel, Stephen P. Wallace, et al., v. ..."], A Class Action.* (enclosed)

Respectfully submitted,

*Stephen Wallace*

cc: IL. Rep. Chapa LaVia
States Attorney McMahon
US Senator Mark Kirk

## Certificate of Service

I certify that a Copy will be filed with the Kane County Circuit Court.

*Stephen Wallace*

Honorable Edward Washington, II
 *Chair*
Attorney Cary J. Collins
 *Vice Chair*
Ocie Booker
Attorney William "Bill" Caisley
Honorable Paula A. Gomora
Raymond "Ray" J. McGury
Attorney Bruce R. Meckler
Dr. Clem Mejia
Patrick O'Connor



Attorney Kathy D. Twine
*Executive Director*
*General Counsel*
100 West Randolph Street
Suite 14-500
Chicago, IL 60601-3233
PHONE (312)814-5554
(800)227-9429
TDD (312)814-1881
FAX (312)814-5719

# STATE OF ILLINOIS
# JUDICIAL INQUIRY BOARD

October 7, 2015

Mr. Stephen P. Wallace
1116 Sheffer Road, Apt. F
Aurora, Illinois 60505

Dear Mr. Wallace:

Please be advised that the Judicial Inquiry Board ("the Board") received your complaint against an Illinois state court judge; and will discuss your complaint to decide whether it has jurisdiction and if so, whether an investigation or other action is warranted. After the Board has made its final determination regarding your matter, a letter will be sent to you at the above address (to ensure the receipt of future correspondence, you must provide the Board with any change of address).

The Board cannot provide legal assistance or intervene in any court case; therefore, if you have an active court case, you must continue to proceed with whatever remedies that may be available to you within the court system. Also, the Board does not have jurisdiction to investigate complaints against attorneys, court personnel, police officers, federal court judges or anyone other than active Illinois state court judges.

It is important for you to note that pursuant to the Illinois Constitution and the Board's Rules of Procedure, the Board is prohibited from sharing with you or anyone outside of our agency the details of any investigation or action taken in lieu of or prior to filing a complaint with the Illinois Courts Commission ("the Commission"). Only those documents filed with the Commission during the prosecution of a matter becomes public record.

Very truly yours,

Kathy D. Twine
*Executive Director &*
*General Counsel*

KDT: sa

**Stephen P. Wallace**
**1116 Sheffer Road  Apt. F**
**Aurora, Illinois 60505**
**(331) 444-3988**
wallyamundo@hotmatmail.com
*hotmail*

October 28, 2015
[Hand Delivered & Received]

Bruce Rauner, Governor
State of Illinois
100 W. Randolph, 16-100
Chicago, IL. 60601

### In Re: ALLEGED RESUMPTION OF "OPERATION GREYLORD" ACTIVITY

Dear Governor Rauner:

Dave Ramirez was my constant contact during your Campaign. Illinoisans are grateful for your relentless pursuit of Accountability and timely Intervention to save the State.

Notice of some of the enclosed Documentation of alleged "malfeasance/misfeasance" was received by your private office downtown during the Campaign, but you had No Standing @ that time to Intervene.

On *July 13, 2015*, I filed the enclosed *CLASS ACTION* on behalf of the State and myself, as Co-Victims in the CLAIMS asserted. Please NOTE that the USDOJ Inspector General has opened a Criminal Investigation for the "rogue Federal Actor in collusion" under its Jurisdiction.

On *August 12, 2015*, I filed the [1st AMENDED/SUPPLEMENT] to ADD the John Does 1-10, and had previously gained a private representation understanding with Chicago-Kent College Law Professor, Daniel Coyne, but then recanted after the "covert Actors" pressured his withdrawal, an [M O] Pattern in my [15 year holocaust saga] for an Accounting & Restitution. (enclosed)

Kane County Judge, James Murphy, was assigned the CASE, yet continued to intentionally ignore, thus quash, the "blatant criminal compounding Acts" proffered by Victim; Illinois Rep. Linda Chapa LaVia; and States Attorney, Joseph McMahon, justifying a Grand Jury convening.

Concurrently, I filed a **Formal Complaint** with the '*State of Illinois Judicial Inquiry Board*' on *September 30, 2015,* received CONFIRMATION on October 7, 2015, yet have been DENIED any Information requested in my October 19, 2015 Fax Request. (enclosures)

Also concurrently, I filed a "**_WRIT OF PROHIBITION/ MANDEMUS vs. Judge Murphy, et al_**.", whom are now also his alleged "KLAN Handlers", on _September 30, 2015_, "Returned UNFILED" on _October 8, 2015_; the Re-Submitted on _October 14, 2015_, "Returned UNFILED" by the **Clerk** on _October 19, 2015_, and Re-Submitted with all items on _October 20, 2015_, again **_Denied Due Process_**, (aka **_Protectionism)_** and "Returned UNFILED" on _October 22, 2015_. (see enclosures)

## REMEDY SOUGHT FROM STATE OF ILLINOIS ON BEHALF OF ITS INTEREST
### *CIVIL*

A) That after receiving Judicial Notice and having Actual Knowledge of the alleged Denial of Due Process per the Illinois & US Constitutions, the Governor's OFFICE file the WRIT with the Illinois Supreme Court; seeking the Court To Assume Original Jurisdiction;
B) Disqualify Judge Murphy For Good Cause Shown;
C) VACATE All ORDERS to Date;
D) ORDER the Forensic Audit @ Wallace's sole expense from his [$347,000+] TRUST allegedly converted by the REAL PARTIES-in-Interest, to be delivered to the Court; the Governor's Office and Wallace upon Completion.

### *CRIMINAL*

A) That the Governor's Office forward the "certified Audit FINDINGS" to Kane County States Attorney McMahon, requesting convening of a **GRAND JURY** to "investigate and prosecute" any criminal Findings, as Defendant's confessed Jurisdiction in Kane County in their attempted "abduction & termination of Wallace on _August 2, 2013_ @ the Aurora Library, and have never Denied; Refuted; nor Challenged the Criminal Act thus by Law, have confessed it as True.

**Governor Rauner**, please allow me a timely Interview with you in your Chicago Office, as Actors continue to "stalk & track me daily", as the aforementioned **_REMEDY_** will make the State whole and negate the perpetual Life Care burden Actors seek to impose, unless their Capital Assault is accomplished 1st.

Respectfully submitted,

Stephen Wallace

PS Please Do Not Destroy Documents

confidential &
personal

To: Governor Rauner

From: Stephen Wallace
Hanna, IL.

Date: October 28, 2015

Received by:

fr. Scheduling Personal Assistant

RECEIVED
OCT 2 8 2015
Governor's Office
Initials: _____

OCT 2 8 2015

- FindLaw
- Codes and Statutes
- Illinois Statute
- Chapter 720
- CRIMINAL CODE OF 1961
- Article 32
- Section 32-8

# Ill COMP STAT § 32-8 : Illinois Statute - Section 32-8

## Search Ill COMP STAT § 32-8 : Illinois Statute - Section 32-8

- Search by Keyword or Citation

- See more at: http://codes.lp.findlaw.com/ilstatutes/720/5/32/32-8#sthash.hX1Xf59y.dpuf
(720 ILCS 5/32-8) (from Ch. 38, par. 32-8)

Sec. 32-8. Tampering with public records.

A person who knowingly and without lawful authority alters, destroys, defaces, removes or conceals any public record commits a Class 4 felony.

(Source: P. A. 77-2638.) - See more at: http://codes.lp.findlaw.com/ilstatutes/720/5/32/32-8#sthash.hX1Xf59y.dpuf

# DANA F. COLE & COMPANY, LLP
CERTIFIED PUBLIC ACCOUNTANTS
1248 O STREET, SUITE 500
LINCOLN, NEBRASKA 68508

December 8, 2003

Mr. Stephen P. Wallace
6528 East 101st, D-1, #304
Tulsa, OK 74133

Dear Stephen:

This letter will serve to confirm our understanding and agreement whereby you have
retained our firm of certified public accountants to perform a forensic audit for certain
trusts and a partnership established by Lorice T. Wallace or her deceased husband,
Frank A. Wallace. This will outline the services you have asked our firm to perform
and the terms under which we propose to do that work. We ask that you read this letter
carefully because it is important to both you and our firm that we all understand what can
reasonably be expected from our work. We want you to know the limitations of the ser-
vices you have asked us to perform. If we have misunderstood your needs and require-
ments, just let us know.

This letter constitutes an agreement between Stephen P. Wallace and Dana F. Cole &
Company, LLP, to perform a forensic audit for the entities listed below for the period
December 31, 1989, or the inception of the entity, to December 31, 2003, and subsequent
periods, if applicable. Our work may be very limited or unnecessary with regard to some
of the entities listed. However, this determination will have to be made as the work
progresses.

1. Frank A. Wallace Family Trust established at the death of Frank A. Wallace
2. Lorice T. Wallace Trust of 1974, as amended and Restated October 5, 1993, and
   amended on February 12, 1998
3. Lorice T. Wallace Irrevocable Trust of 1996 which serves as the general partner of
   the Lorice T. Wallace Family Limited Partnership
4. Lorice T. Wallace Irrevocable Trust of 1992, also known as the "Insurance Trust"
5. Lorice T. Wallace Family Limited Partnership
6. Stephen Paul Wallace Irrevocable Trust - 1974
7. Mary Roma Wallace Irrevocable Trust - 1974
8. Patricia Wallace Patton Irrevocable Trust - 1974
9. Lisa Frances Wallace Irrevocable Trust - 1974

Nebraska

Kansas

Missouri

Wyoming

www.danacole.com

Principal Office:
1248 O Street, Suite 500
Lincoln, NE 68508
402/479-9300
Fax 402/479-9315

Mr. Stephen P. Wallace
December 8, 2003
Page five

We appreciate the opportunity to be of service to you and believe this letter accurately summarizes the significant terms of our engagement. If you have any questions, please let us know. If you agree with the terms of our engagement as described in this letter, please sign the enclosed copy and return it to us along with your check for $25,000. This letter will continue in effect until canceled by either party. The enclosed copy is for your records.

Yours truly,

*Dianne K Halvilan*

DANA F. COLE & COMPANY, LLP


This letter correctly sets forth the understanding of Stephen P. Wallace.

By: *Stephen C. Wallace*

Stephen P. Wallace, vested beneficiary of the
Frank A. Wallace Trust established at the death
of Frank A. Wallace and the Lorice T. Wallace
Trust of 1974, as amended and Restated October 5,
1993, and amended on February 12, 1998. Limited
partner of the Lorice T. Wallace Family Limited
Partnership

*Judy Kaye Chamberlin*

"OFFICIAL SEAL"
Judy Kaye Chamberlin
Notary Public, State of Illinois
My Commission Expires Oct. 22, 2007

**H. Jon Miller, CFP®, CIMA®**
Senior Vice President
Wealth Strategies Group

 **Northern Trust**

**The Northern Trust Company**
50 South LaSalle Street, B-2
Chicago, Illinois 60603
(312) 630-6000

*Direct* (312) 444-4658
*Facsimile* (312) 630-1779
*Toll Free* (800) 621-1911
hjm2@ntrs.com

# MORRELSAFFEACRAIGE

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS AT LAW

3501 SOUTH YALE AVENUE
TULSA, OKLAHOMA 74135-8014

Telephone: 918.664.0800
Facsimile: 918.663.1383
http://law-office.com
www.RonSaffa.com
Ron@law-office.com

Reece B. Morrel
Ronald J. Saffa
Mark A. Craige
James R. Hicks

Reece B. Morrel, Jr.
John G. Barnhart

Mac D. Finlayson
Tracy M. Beeson
Paul D. Brunton

Paul R. Hodgson
(1924-2011)

March 20, 2012

Refer to File No.
3994-77

Mr. Stephen P. Wallace
6528 E. 101st, D-1 #304
Tulsa, OK  74133

     Re:    Wallace Family Partnership

Dear Steve:

     Pursuant to the partnership agreement, enclosed are the 2011 Schedule K-1 on the Lorice T. Wallace Family, Limited Partnership, and the 2011 financial statements. You should give the Schedule K-1 to the person who prepares your tax returns.

     Very truly yours,

     MORREL SAFFA CRAIGE, P.C.

     Ronald J. Saffa

RJS:bjb
Enclosures
xc: Mr. Thomas Wilkins

(918) 664-0800

March 16, 2012

Stephen P Wallace
6412 E. 96th Street
Tulsa, OK 74137

Re: Lorice T. Wallace Family, Limited
    Partnership

Dear Partner:

Attached is your copy of the 2011 Partnership Form 1065
Schedule K-1.  This schedule summarizes your information from
the partnership.  This information has been provided to the
Internal Revenue Service with the U.S. Partnership Return of
Income, Form 1065.

The information provided on this schedule should be entered
on your tax return, in accordance with the instructions in
Schedule K-1, page 2.  If your return will be prepared by
your accountant or attorney, you should provide a copy of
this schedule to the preparer with your other tax
information.

We thank you for the opportunity to serve you.

Very truly yours,



Ronald J. Saffa



# SUPREME COURT OF ILLINOIS

SUPREME COURT BUILDING
200 East Capitol Avenue
SPRINGFIELD, ILLINOIS 62701-1721

CAROLYN TAFT GROSBOLL
Clerk of the Court

(217) 782-2035
TDD: (217) 524-8132

October 8, 2015

FIRST DISTRICT OFFICE
160 North LaSalle Street, 20th Floor
Chicago, Illinois 60601-3103
(312) 793-1332
TDD: (312) 793-6185

Mr. Stephen P. Wallace
1116 Sheffer Road, Apt. F
Aurora, Illinois 60505

Re: Stephen P. Wallace, v. Hon. James J. Murphy, Circuit Court Judge of Kane
County, Illinois, Kane County No. 15 L 316

Dear Mr. Wallace:

On October 5, 2015 the Clerk's office received for filing the following documents:

- Complaint in support of mandamus or prohibition and supporting documentation
- Supplement to motion
- Notarized Affidavit of Assets and Liabilities and supporting documentation

Upon reviewing your documents it was determined that your filings contained deficiencies or were incomplete. If you attempt to file again please, include for filing the additional documents referenced below:

- Motion for leave to file a complaint for writ of mandamus or prohibition accompanied by explanatory suggestions and a notarized affidavit in support of complaint for writ of mandamus or prohibition; proposed draft order phrased in the alternative; notarized proof of service in compliance with Supreme Court Rule 12 (enclosed);
- Complaint requires a notarized affidavit;
- Motion for leave to proceed as a poor person; proposed draft order phrased in the alternative; and a notarized proof of service in compliance with Supreme Court Rule 12; and
- Supplement to motion should be included in the original supporting documentation of the complaint

Further, on your Affidavit of Assets and Liabilities you request that the Court "make the additional copies required" of the filings.  If you are referring to the copies referenced in Supreme Court Rule 381 (enclosed) please, include this relief in your motion for leave to proceed as a poor person.

Your documents are being returned to you unfiled.

Very truly yours,

Carolyn Taft Grosboll

Clerk of the Supreme Court

CTG/mr
Enclosure



# SUPREME COURT OF ILLINOIS

SUPREME COURT BUILDING
200 East Capitol Avenue
SPRINGFIELD, ILLINOIS 62701-1721

CAROLYN TAFT GROSBOLL
Clerk of the Court

(217) 782-2035
TDD: (217) 524-8132

October 19, 2015

FIRST DISTRICT OFFICE
160 North LaSalle Street, 20th Floor
Chicago, Illinois 60601-3103
(312) 793-1332
TDD: (312) 793-6185

Mr. Stephen P. Wallace
1116 Sheffer Road, Apt. F
Aurora, Illinois 60505

Re: Stephen P. Wallace, v. Hon. James J. Murphy, Circuit Court Judge of Kane County, Illinois,
Kane County No. 15 L 316

Dear Mr. Wallace:

On October 15, 2015, the Clerk's office received for filing the following documents:

- Motion for leave to proceed as a poor person and for the State to incur the cost of additional copies on behalf of its interest; Affidavit of Assets and Liabilities and a proposed draft order phrased in the alternative;
- Complaint in support of mandamus or prohibition and supporting documentation;
- Supplement to motion

As indicated in our correspondence to you dated October 8, 2015, and upon reviewing the documents received October 15, 2015, it was determined that your filings contained deficiencies or were incomplete. If you attempt to file again please, include for filing the additional documents referenced below:

- Motion for leave to file a complaint for writ of mandamus or prohibition accompanied by explanatory suggestions (affidavit already provided);
- A notarized proof of service in compliance with Supreme Court Rule 12 is required and must indicate the parties that were served a copy (including names and addresses) for the following:
  - Motion for leave to file a complaint for writ of mandamus or prohibition accompanied by explanatory suggestions and a notarized affidavit in support of complaint for writ of mandamus or prohibition; proposed draft order phrased in the alternative.
  - Motion for leave to proceed as a poor person and for the State to incur the cost of additional copies on behalf of its interest; Affidavit of Assets and Liabilities and a proposed draft order phrased in the alternative;

Your supplement to motion should be included in the original supporting documentation of the complaint. Nothing has been filed and therefore, this can be included in the original complaint.

Further, please bind or staple each individual motion and complaint. Having loose documents makes it difficult to determine which documents are associated with which motion or the complaint.

Your documents are being returned to you unfiled.

Very truly yours,

Carolyn Taft Grosboll

Clerk of the Supreme Court

CTG/mr
Enclosure



## SUPREME COURT OF ILLINOIS

SUPREME COURT BUILDING
200 East Capitol Avenue
SPRINGFIELD, ILLINOIS 62701-1721

CAROLYN TAFT GROSBOLL
Clerk of the Court

(217) 782-2035
TDD: (217) 524-8132

October 22, 2015

FIRST DISTRICT OFFICE
160 North LaSalle Street, 20th Floor
Chicago, Illinois 60601-3103
(312) 793-1332
TDD: (312) 793-6185

Mr. Stephen P. Wallace
1116 Sheffer Road, Apt. F
Aurora, Illinois 60505

Re: Stephen P. Wallace, v. Hon. James J. Murphy, Circuit Court Judge of Kane County, Illinois, Kane County No. 15 L 316

Dear Mr. Wallace:

On October 19, 2015, the Clerk's office received for filing the following documents:

- Motion for emergency supplement to amended complaint

As indicated in prior correspondence dated October 8, 2015 and October 19, 2015, from this office your documents captioned as a "supplement" or "amended supplement", "emergency supplement" to complaint should be incorporated into your original complaint. No case has been initiated due to the deficiencies referenced in the previous letters.

If you intend to resubmit all documents for filing, please correct the deficiencies referenced in our letter to you dated October 19, 2015.

Further, please bind or staple each individual motion and complaint. Having loose documents makes it difficult to determine which documents are associated with which motion or the complaint.

Your document is being returned to you unfiled.

Very truly yours,

Carolyn Taft Grosboll

Clerk of the Supreme Court

CTG/mr
Enclosure

# Operation Greylord

From Wikipedia, the free encyclopedia

**Operation Greylord** was an investigation conducted jointly by the Federal Bureau of Investigation, the IRS Criminal Investigation Division, the U.S. Postal Inspection Service, the Chicago Police Department Internal Affairs Division and the Illinois State Police into corruption in the judiciary of Cook County, Illinois (the Chicago jurisdiction). The FBI named the investigation "Operation Greylord" after the grey curly wigs of British judges.[1]

## Contents

- 1 The operation
- 2 Aftermath
- 3 FBI investigation
- 4 Prosecutors
- 5 See also
- 6 References
- 7 External links

## The operation



The 3 1/2-year undercover operation took place in the 1980s. The first listening device ever placed in a judge's chambers occurred in the undercover phase, when the narcotics court chambers of Judge Wayne Olson were bugged. In order to acquire evidence of corruption, agents obtained U.S. Department of Justice authorization to present false court cases for the undercover agents/lawyers to fix in front of the corrupt judges.[2] The first defendant to be found guilty was Harold Conn, the Deputy Traffic Court Clerk in the Cook County judicial system. Conn was convicted in March 1984 and was one of the many bagmen in the ring of corruption.[2] The last conviction was that of Judge Thomas J. Maloney, who was indicted in 1991 on bribery charges and convicted in April 1993 of fixing three murder cases for more than $100,000 in bribes.[3] Maloney was released from federal prison in 2008, and died the same year. A total of 92 people were indicted, including 17 judges, 48 lawyers, ten deputy sheriffs, eight policemen, eight court officials, and state legislator James DeLeo.[1] Out of the 17 judges indicted in the trials, 15 were convicted.[4] One judge, Richard LeFevour, was convicted on 59 counts of mail fraud, racketeering and income-tax violations, getting 12 years in prison.[5] Ten years after the undercover case concluded, the historical investigations, prosecutions and trials concluded in 1994.

## Aftermath

The systemic corruption led to the formation of the Special Commission on the Administration of Justice in Cook County, a group assembled in August 1984 to examine the problems of the Cook County courts. The group also issued recommendations that were designed to contribute to a period of reform in





Home | Headlines

FREE AERIAL MAPS
View Aerial Maps, Get Driving Directions with ...




## ACLU Demands Tulsa County Sheriff Resign Amid Accusations Of Cronyism

*Posted: Apr 16, 2015 2:17PM CDT*

The ACLU of Oklahoma has demanded that Tulsa County Sheriff Stanley Glanz resign following a reserve deputy-involved shooting, and the NAACP is calling for the U.S. Department of Justice to intervene.

The sheriff's office is under fire after a reserve deputy killed ex-convict Eric Harris during an undercover sting on April 2.

ACLU leaders say that corruption, cronyism and a buy-a-badge concept is present under the watch of Glanz, which led to one of his personal friends and donors being brought on as a reserve deputy.

Bob Bates was a reserve deputy who TCSO said was working on the perimeter during the undercover sting on Harris. TCSO said Bates meant to pull his stun gun to subdue Harris, but he "inadvertently" pulled out his handgun and shot him in the back instead.

TCSO hired an independent consultant to investigate the shooting, and it concluded Bates' actions were not criminal but accidental. Three days later, the Tulsa County District Attorney charged Bates with second-degree manslaughter.

# Tulsa sheriff indicted, resigns in wake of shooting by volunteer deputy



**By Greg Botelho, CNN**
① Updated 9:43 PM ET, Wed September 30, 2015 | Video
Source: CNN

## Story highlights

**NEW:** Eric Harris' family welcomes the decision, but says, "We will not rest until the whole truth is known"

Tulsa County, Oklahoma, Sheriff Stanley Glanz resigned after a grand jury requested he be removed from office

Glanz is accused of asking staffers to "hold on to" an investigation tied to Reserve Deputy Robert Bates

**(CNN)**—Tulsa County, Oklahoma, Sheriff Stanley Glanz resigned on Wednesday after a grand jury indicted him on a pair of misdemeanor charges, one of them accusing him of withholding details related to a volunteer deputy who fatally shot Eric Harris.

The indictment claims that after Harris was shot to death on April 2 -- by Bates, a then 73-year-old reserve deputy who said he mistakenly shot Harris after mistakenly grabbing his firearm instead of a stun gun -- Glanz "denied lawful requests for the release of internal investigations into his office's Reserve Deputy program."

Glanz knew of a 2009 report of that description but told employees to "hold on to it" in violation of the law, according to the indictment.

The other charge didn't appear to be related to Bates or Harris. Rather, it's a count of "willful violation of the law" for allegedly taking a $600 monthly travel stipend to pay for the use of his personal vehicle for official business. Instead, he allegedly took the money and used a county-owned and county-fueled vehicle for official travel.

A document filed Wednesday stated that the grand jury "respectfully requests that Sheriff Stanley Glanz be removed from the office of the sheriff of Tulsa County based upon the facts and legal authority."

Police caught on camera: The good and the bad

Glanz acknowledged this recommendation in a statement Wednesday, saying that he told the grand jury "when I testified I would respect their decision." The 50-year law enforcement veteran -- the last 27 as sheriff -- said he'd already decided not to run for re-election prior to the Harris shooting, but will now step down "in the immediate future."

"I know my decisions have caused some to criticize me both publicly and privately," he said. "As sheriff, I take responsibility for all decisions made by me or in my name. But I assure you, they were all made in good faith."

Harris' family is glad that the sheriff has been indicted and is heading out the door -- saying both developments "show that regular citizens can accomplish extraordinary results." But that doesn't mean they are done fighting.

"We will not rest until the whole truth is known about what happened to Eric," the family said in a statement. "We will not rest until justice is served."

Mortgage Rates Hit | 30-Year Fixed 3.88% 3.88% APR
3.01% APR | 15 Year Fixed 3.00% 3.02% APR
5/1 ARM | 5/1 ARM 3.00% 2.01% APR
Calculate Payment
lendingtree

Follow Yahoo News
  

**Must Watch**

# Grand jury takes testimony in probe of former US Rep. Schock

**AP** By JOHN O'CONNOR

   
What to read next

News Home
U.S.
World
Politics
Tech
Science
Health
Odd News
Local
Dear Abby
ABC News
Katie Couric
Trending
Photos

Recommended Games

  

More games »
Sponsored



AT&T High Speed
Internet for
$30/mo for 12 mos.
with 1-year term
See offer details.

View photo

FILE - In this Feb. 6, 2015 file photo, former U.S. Rep. Aaron Schock speaks t...

SPRINGFIELD, Ill. (AP) — A federal grand jury took testimony Wednesday as part of its probe of former U.S. Rep. Aaron Schock, amid questions about spending that include reports that he accepted private airplane flights from donors and decorated his office in the style of TV's "Downton Abbey."

Schock, a Republican, was in his fourth term representing the Peoria area when he resigned from Congress in March following months of media reports about lavish office and political spending, which also included questions about improper mileage reimbursements.

Benjamin Cole, Schock's former communications director, said he answered questions from the grand jury in Springfield for two hours on Wednesday. Cole, who said he is cooperating with federal prosecutors, said the grand jury told him afterward he would no longer be needed to testify.

At least two other Schock staff members were seen leaving the courthouse after spending about four hours there Wednesday, but


Former 'Two and a Half Men' Star Angus T. Jones Is Now Completely Unrecognizable
ETonline


Credit Cards Now Offer 0% Intro APR Through 2017
CompareCards.com Sponsored


Governor Mike Huckabee reacts to President Obama's executive action on gun control
Yahoo News Video



# Pro Se Law

**HAINES v. KERNER, ET AL.** 404 U.S. 519, 92 S. Ct. 594, 30 L. Ed. 2d 652. Whatever may be the limits on the scope of inquiry of courts into the internal administration of prisons, allegations such as those asserted by petitioner, however inartfully pleaded, are sufficient to call for the opportunity to offer supporting evidence. We cannot say with assurance that under the allegations of the pro se complaint, which we hold to less stringent standards than formal pleadings drafted by lawyers, it appears "beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief." *Conley v. Gibson,* 355 U.S. 41, 45-46 (1957). See *Dioguardi v. Durning,* 139 F.2d 774 (CA2 1944).

**ESTELLE, CORRECTIONS DIRECTOR, ET AL. v. GAMBLE** 29 U.S. 97, 97 S. Ct. 285, 50 L. Ed. 2d 251. We now consider whether respondent's complaint states a cognizable 1983 claim. The handwritten pro se document is to be liberally construed. As the Court unanimously held in *Haines v. Kerner,* 404 U.S. 519 (1972), a pro se complaint, "however inartfully pleaded," must be held to "less stringent standards than formal pleadings drafted by lawyers" and can only be dismissed for failure to state a claim if it appears "beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief." Id., at 520-521, quoting *Conley v. Gibson,* 355 U.S. 41, 45-46 (1957).

**WILLIAM MCNEIL, PETITIONER v. UNITED STATES** 113 S. Ct. 1980, 124 L. Ed. 2d 21, 61 U.S.L.W. 4468. Moreover, given the clarity of the statutory text, it is certainly not a "trap for the unwary." It is no doubt true that there are cases in which a litigant proceeding without counsel may make a fatal procedural error, but the risk that a lawyer will be unable to understand the exhaustion requirement is virtually nonexistent. Our rules of procedure are based on the assumption that litigation is normally conducted by lawyers. While we have insisted that the pleadings prepared by prisoners who do not have access to counsel be liberally construed, see *Haines v. Kerner,* 404 U.S. 519 (1972); *Estelle v. Gamble,* 429 U.S. 97, 106 (1976), and have held that some procedural rules must give way because of the unique circumstance of incarceration, see *Houston v. Lack,* 487 U.S. 266 (1988) (pro se prisoner's notice of appeal deemed filed at time of delivery to prison authorities), we have never suggested that procedural rules in ordinary civil litigation should be interpreted so as to excuse mistakes by those who proceed without counsel. As we have noted before, "in the long run, experience teaches that strict adherence to the procedural requirements specified by the legislature is the best guarantee of evenhanded administration of the law." *Mohasco Corp. v. Silver,* 447 U.S. 807, 826 (1980).

**BALDWIN COUNTY WELCOME CENTER v. BROWN** 466 U.S. 147, 104 S. Ct. 1723, 80 L. Ed. 2d 196, 52 U.S.L.W. 3751. Rule 8(f) provides that " pleadings shall be so construed as to do substantial justice." We frequently have stated that pro se pleadings are to be given a liberal construction.

**HUGHES v. ROWE ET AL.** 449 U.S. 5, 101 S. Ct. 173, 66 L. Ed. 2d 163, 49 U.S.L.W. 3346. Petitioner's complaint, like most prisoner complaints filed in the Northern District of Illinois, was not prepared by counsel. It is settled law that the allegations of such a complaint, "however inartfully pleaded" are held "to less stringent standards than formal pleadings drafted by lawyers, see *Haines v. Kerner,* 404 U.S. 519, 520 (1972). See also *Maclin v. Paulson,* 627 F.2d 83, 86 (CA7 1980); *French v. Heyne,* 547 F.2d 994, 996 (CA7 1976). Such a complaint should not be dismissed for failure to state a claim unless it appears beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief. *Haines,* supra, at 520-521. And, of course, the allegations of the complaint are generally taken as true for purposes of a motion to dismiss. *Cruz v. Beto,* 405 U.S. 319, 322 (1972).

MARK KIRK
ILLINOIS

COMMITTEES:
APPROPRIATIONS
BANKING, HOUSING & URBAN AFFAIRS
HEALTH, EDUCATION, LABOR & PENSIONS
AGING

## United States Senate

December 12, 2014

Mr. Stephen Wallace
1116 Sheffer Rd.
Apt. F
Aurora, IL 60505

Dear Mr. Wallace:

Thank you for speaking with a member of my staff regarding the inquiry filed on your behalf.

I contacted a liaison with the U.S. Department of Justice and forwarded a copy of your additional correspondence to him. I will let you know when I receive a response from the liaison regarding your inquiry.

In the meantime, please do not hesitate to contact my Caseworker, Daniel Bower, at 312-886-3506 should you have any questions regarding this matter.

Sincerely,

Mark Kirk
United States Senator

CHICAGO OFFICE
230 SOUTH DEARBORN ST.
SUITE 3900
CHICAGO, IL 60604
312-886-3506

SPRINGFIELD OFFICE
607 EAST ADAMS ST.
SUITE 1520
SPRINGFIELD, IL 62701
217-492-5089

www.kirk.senate.gov

WASHINGTON OFFICE
524 HART BUILDING
WASHINGTON, DC 20510
202-224-2854



**U.S. Department of Justice**

Office of the Inspector General

*Investigations Division*

---

*1425 New York Avenue NW, Suite 7100*
*Washington, D.C. 20530*

January 5, 2015

Stephen Wallace
1116 Sheffer Road
Apartment F
Aurora, IL 60505

Dear Mr. Wallace:

The purpose of this letter is to acknowledge receipt of your correspondence dated October 3, 2014. The matters that you raised have been reviewed by the staff of the Investigations Division, Office of the Inspector General.

The primary investigative responsibilities of this office are:

- Allegations of misconduct committed by U.S. Department of Justice employees and contractors; and

- Waste and abuse by high ranking Department officials, or that affects major programs and operations.

This Office does not have jurisdiction in the matter you described. Therefore, your complaint was forwarded to the following office on December 8, 2014:

> U.S. Department of Justice
> Criminal Division
> 350 Pennsylvania Avenue, NW
> Room 2107
> Washington, DC 20530
> Telephone Number 202-353-4641

Any future correspondence regarding this matter should be directed to that office.

Sincerely,

Office of the Inspector General
Investigations Division

# Private attorney general

From Wikipedia, the free encyclopedia

**Private attorney general** is an informal term usually used today in the United States to refer to a private party who brings a lawsuit considered to be in the public interest, i.e., benefiting the general public and not just the plaintiff.[1] The person considered "private attorney general" is entitled to recover attorney's fees if he or she prevails. The rationale behind this principle is to provide extra incentive to private citizens to pursue suits that may be of benefit to society at large.

## Contents

- 1 Examples of application
- 2 Civil Rights Attorney's Fees Award Act
- 3 Other uses
- 4 References
- 5 See also

## Examples of application

Many civil rights statutes rely on private attorneys general for their enforcement. In *Newman v. Piggie Park Enterprises*,[2] one of the earliest cases construing the Civil Rights Act of 1964, the United States Supreme Court ruled that "A public accommodations suit is thus private in form only. When a plaintiff brings an action . . . he cannot recover damages. If he obtains an injunction, he does so not for himself alone but also as a 'private attorney general,' vindicating a policy that Congress considered of the highest priority." The United States Congress has also passed laws with "private attorney general" provisions that provide for the enforcement of laws prohibiting employment discrimination, police brutality, and water pollution. Under the Clean Water Act, for example, "any citizen" may bring suit against an individual or a company that is a source of water pollution.[*citation needed*]



Another example of the "private attorney general" provisions is the Racketeer Influenced and Corrupt Organizations Act (RICO). RICO allows average citizens (private attorneys general) to sue those organizations that commit mail and wire fraud as part of their criminal enterprise.[*citation needed*] To date, there are over 60 federal statutes[*citation needed*] that encourage private enforcement by allowing prevailing plaintiffs to collect attorney's fees.

Attorneys who function as a private attorney general do so without compensation. The statutes permitting a plaintiff to recover attorneys' fees have been held not to apply when the plaintiff is an attorney.

## Civil Rights Attorney's Fees Award Act

The U.S. Congress codified the private attorney general principle into law with the enactment of Civil Rights Attorney's Fees Award Act of 1976, 42 U.S.C. § 1988 (http://www.law.cornell.edu/uscode /42/1988.html). The Senate Report on this statute stated that The Senate Committee on the Judiciary

Extraordinary Circumstances exist where "equitable tolling of the statute of limitations is warranted" for the KLAN Defendants of Record whom were & are in 'covert collusion and concealment' of the EVIDENCE to prosecute Claims of their "outrageous & heinous conduct" upon VICTIMS. *Infliction of Emotional Duress; Wrongful Incarceration; Attempted Murder; AKA* violating the UN Convention on TORTURE, just as the WW II Jewish Victims of the HOLOCAUST, have continued to successfully adjudicate Claims, CIVIL & CRIMINAL, against their Perpetrators to DATE !

[see Hilao v. Estate of Marcos, 103 F .3d 767, 773 (9th Cir. 1996);]

[see Rosner v. USA,  231 F Supp .2d 1202, 1209 (SD FL 2002);]

[see Bodner v. Banque Paribus, 114 F Supp .2d 117 (ED NY 2000);]

[see Richards v. Mileski, 662 F .2d 65 (DC Cir. 1981)]